U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

SEP 20 2023

FILED/REC'D
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| UNITED STATES OF AMERICA | INDICTMENT |
|---|---|
| v. | Case No. 23-cr-92-wmc |
| KENDAL J. HARRIS, | 21 U.S.C. § 841(a)(1) |
| Defendant. | |

---

THE GRAND JURY CHARGES:

### COUNT 1

On or about July 11, 2023, in the Western District of Wisconsin, the defendant,

KENDAL J. HARRIS,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

### COUNT 2

On or about July 19, 2023, in the Western District of Wisconsin, the defendant,

KENDAL J. HARRIS,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 3

On or about July 25, 2023, in the Western District of Wisconsin, the defendant,

KENDAL J. HARRIS,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 4

On or about August 2, 2023, in the Western District of Wisconsin, the defendant,

KENDAL J. HARRIS,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 5

On or about August 17, 2023, in the Western District of Wisconsin, the defendant,

KENDAL J. HARRIS,

knowingly and intentionally distributed 40 grams or more of a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 6

On or about August 24, 2023, in the Western District of Wisconsin, the defendant,

KENDAL J. HARRIS,

knowingly and intentionally possessed with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## FORFEITURE ALLEGATION

As result of the offenses charged in Counts 1-5 of the indictment, the defendant,

KENDAL J. HARRIS,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), all right, title, and interest in any property constituting and derived from any proceeds, the defendant obtained directly or indirectly, as a result of said violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, including but not limited to the following property: $3,044 in U.S. currency.

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 9/20/2023

_____
TIMOTHY M. O'SHEA
United States Attorney